# EXHIBIT-A

Contact Us

# THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO

Case Number: CGC20587266
Title: BENJAMIN VALDEZ ET AL VS. UBER TECHNOLOGIES, INC., A DELAWARE CORPORATION ET AL
Cause of Action: OTHER NON EXEMPT COMPLAINTS
Generated: 2020-10-22 5:00 pm

Register of Actions   Parties   Attorneys   Calendar   Payments   Documents

**Please Note: The "View" document links on this web page are valid until 5:10:43 pm**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

## Register of Actions

Show 10 entries                                                                                          Search:

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2020-10-22 | NOTICE TO PLAINTIFF | View | |
| 2020-10-22 | OTHER NON EXEMPT COMPLAINTS, COMPLAINT FILED BY PLAINTIFF VALDEZ, BENJAMIN CASTELLANOS, HECTOR WORKSAFE CHINESE PROGRESSIVE ASSOCIATION AS TO DEFENDANT UBER TECHNOLOGIES, INC., A DELAWARE CORPORATION UBER USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY RASIER, LLC, A DELAWARE LIMITED LIABILITY COMPANY RASIER-CA, LLC, A DELAWARE LIMITED LIABILITY COMPANY NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAR-24-2021 PROOF OF SERVICE DUE ON DEC-21-2020 CASE MANAGEMENT STATEMENT DUE ON MAR-01-2021 | View | $450.00 |

Showing 1 to 2 of 2 entries                                                             Previous   1   Next